**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 18-14432 |
| | § | |
| SHARONICA N EDWARDS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $7,650.00 | Assets Exempt: | $1,070.00 |
| Total Distributions to Claimants: | $1,431.78 | Claims Discharged Without Payment: | $28,374.58 |
| Total Expenses of Administration: | $505.22 | | |

3) Total gross receipts of $1,937.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,937.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $16,434.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $505.22 | $505.22 | $505.22 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $6,022.33 | $6,022.33 | $1,431.78 |
| General Unsecured Claims (from **Exhibit 7**) | $15,244.00 | $8,540.03 | $8,540.03 | $0.00 |
| **Total Disbursements** | $31,678.00 | $15,067.58 | $15,067.58 | $1,937.00 |

4). This case was originally filed under chapter 7 on 05/17/2018. The case was pending for 10 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/22/2019            By:   /s/ David P. Leibowitz
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Funds from Creditor, Great Lakes Higher Edu. - IRS Tax Offset Received During 90-Day Preference Period | 1241-000 | $1,937.00 |
| **TOTAL GROSS RECEIPTS** | | $1,937.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Global Lending Services | 4110-000 | $16,434.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $16,434.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $484.25 | $484.25 | $484.25 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $14.23 | $14.23 | $14.23 |
| Green Bank | 2600-000 | NA | $6.74 | $6.74 | $6.74 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $505.22 | $505.22 | $505.22 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | IRS | 5800-000 | $0.00 | $6,022.33 | $6,022.33 | $1,431.78 |
| | Erica Edwards | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $6,022.33 | $6,022.33 | $1,431.78 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | T Mobile/T-Mobile USA Inc | 7100-000 | $0.00 | $373.63 | $373.63 | $0.00 |
| 3 | GLHEC & Aff obo GLHEGC | 7100-000 | $0.00 | $8,166.40 | $8,166.40 | $0.00 |
| | City of Berwyn | 7100-000 | $800.00 | $0.00 | $0.00 | $0.00 |
| | City of Chicago (Parking Tickets) | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| | Edursr/university of dubuque | 7100-000 | $2,944.00 | $0.00 | $0.00 | $0.00 |
| | Great Lake Higher Education | 7100-000 | $9,500.00 | $0.00 | $0.00 | $0.00 |
| | Pmt Inbox Loans | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| | US Cellular | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $15,244.00 | $8,540.03 | $8,540.03 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 18-14432 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | EDWARDS, SHARONICA N | | Date Filed (f) or Converted (c): | 05/17/2018 (f) |
| For the Period Ending: | 3/22/2019 | | §341(a) Meeting Date: | 06/20/2018 |
| | | | Claims Bar Date: | 11/08/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2015 Nissan Altima 2.5 Sedan 4D  Mileage: 79,000 | $7,500.00 | $0.00 | | $0.00 | FA |
| 2 | 4 room apartment | $500.00 | $0.00 | | $0.00 | FA |
| 3 | Clothes | $300.00 | $0.00 | | $0.00 | FA |
| 4 | Cash | $270.00 | $0.00 | | $0.00 | FA |
| 5 | Checking account: Checking account; US Bank | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Funds from Creditor, Great Lakes Higher Edu. - IRS Tax Offset Received During 90-Day Preference Period (u) | $0.00 | $1,937.00 | | $1,937.00 | FA |
| Asset Notes: | Funds were voluntarily turned over to the Trustee without demand | | | | | |
| 7 | TV, cell phone, and other minor electronics (u) | $150.00 | $150.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**            **Gross Value of Remaining Assets**

$8,720.00       $2,087.00       $1,937.00       $0.00

**Major Activities affecting case closing:**

06/30/2018   2018 Reporting Period:

The Trustee received a check from Great Lakes Higher Education in the amount of $1936.00 for funds offset from Debtor's 2017 Federal Income Tax Refund. The Trustee has not yet filed an asset report as the Debtor has not yet appeared for her 341 meeting of creditors. The continued date is August 7, 2018, after which, the Trustee will file his initial report of assets.

**Initial Projected Date Of Final Report (TFR):**   06/24/2019       **Current Projected Date Of Final Report (TFR):**       /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-14432 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | EDWARDS, SHARONICA N | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1067 | | Checking Acct #: | ******3201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 5/17/2018 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/22/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2018 | (6) | Great Lakes Higher Education Guaranty Corp | Funds from Creditor, Great Lakes Higher Edu. - IRS Tax Offset Received During 90-Day Preference Period | 1241-000 | $1,937.00 | | $1,937.00 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $0.30 | $1,936.70 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $3.02 | $1,933.68 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $3.42 | $1,930.26 |
| 01/29/2019 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $484.25 | $1,446.01 |
| 01/29/2019 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $14.23 | $1,431.78 |
| 01/29/2019 | 3003 | IRS | Claim #: 1; Amount Claimed: $6,022.33; Distribution Dividend: 23.77%; | 5800-000 | | $1,431.78 | $0.00 |
| | | | **TOTALS:** | | $1,937.00 | $1,937.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,937.00 | $1,937.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,937.00 | $1,937.00 | |

| For the period of 5/17/2018 to 3/22/2019 | | For the entire history of the account between 06/29/2018 to 3/22/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,937.00 | Total Compensable Receipts: | $1,937.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,937.00 | Total Comp/Non Comp Receipts: | $1,937.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,937.00 | Total Compensable Disbursements: | $1,937.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,937.00 | Total Comp/Non Comp Disbursements: | $1,937.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 2     Exhibit 9

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 18-14432 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | EDWARDS, SHARONICA N | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1067 | Checking Acct #: | ******3201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/17/2018 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/22/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,937.00 | $1,937.00 | $0.00 |

**For the period of 5/17/2018 to 3/22/2019**

| | |
|---|---:|
| Total Compensable Receipts: | $1,937.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,937.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,937.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,937.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/17/2018 to 3/22/2019**

| | |
|---|---:|
| Total Compensable Receipts: | $1,937.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,937.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,937.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,937.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ